# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN N. FREET, | Civil Action No. 13 – 86 |
| Petitioner, | |
| v. | Magistrate Judge Lisa Pupo Lenihan |
| ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA – KATHLEEN G. KANE, | |
| Respondent. | |

## ORDER

**AND NOW**, this 8th day of April, 2016, after Petitioner Jonathan N. Freet having filed an action in the above-captioned case, and in accordance with the Memorandum Opinion entered on this day,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 2) is denied.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is denied.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case closed.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Plaintiff wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Jonathan N. Freet
　　LK – 1716
　　S.C.I. Benner
　　301 Institution Drive
　　Bellefonte, PA  16823

　　Counsel for Respondent
　　*Via CM/ECF Electronic Mail*